**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V.    NO. 4:08CR00289-001   SWW | |
| WILLIAM CRAIG DEANE | DEFENDANT |

**ORDER**

Pending before the Court is defendant's motion to be released from the remainder of the term of supervised release. The government objects to defendant's motion, but the United States Probation Office has advised the Court that defendant has demonstrated overall progress in meeting supervision objectives and the defendant appears to be an appropriate candidate for early termination from supervision. The Court has considered the defendant's motion, government's response and the memorandum from the Probation Office, defendant's reply to government's response and finds that defendant's motion [doc #63] should be and hereby is **granted**.

IT IS SO ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 23rd day of July 2015.

/s/Susan Webber Wright
United States District Judge